UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL KING,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES PENITENTIARY,<br><br>        Defendant. | Case No. 21-cv-08310-RMI<br><br>**ORDER OF TRANSFER** |

Plaintiff, a federal prisoner, filed a *pro se* habeas petition, but after reviewing the filing it is clear that Plaintiff seeks relief regarding the conditions of his confinement pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388, 392-97 (1971). Plaintiff presents allegations pertaining to events that occurred at the United States Penitentiary Victorville where he is incarcerated. That prison is located in the Central District of California. The acts underlying this complaint occurred in the Central District, where and Plaintiff and Defendants reside. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: November 2, 2021

ROBERT M. ILLMAN
United States Magistrate Judge